ORIGINAL

STATE OF MICHIGAN

IN THE 3RD CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

V                                               Case No. 15-001533-01-FC

DONNIE ANTHONY THOMAS-DAWSON

    Defendant.
_____/

PRETRIAL

BEFORE THE HONORABLE SHANNON WALKER

Detroit, Michigan – Monday, December 7, 2015

APPEARANCES:

| | |
|---|---|
| For the People: | C. Meghan Mathews, P37686<br>Wayne County Prosecutor's Office<br>1441 Saint Antoine, 10th floor<br>Detroit, Michigan  48226<br>(313)224-5160 |
| For the Defendant: | Lillian F. Diallo, P52036<br>Larry R. Polk, P48164<br>500 Griswold St., Suite 2340<br>Detroit, Michigan  48226<br>(313) 965-6633 |
| Recorded By: | Gary Coury, CSMR/CER 3827<br>Official Court Reporter |

7/21/16 cc

- 2 -

TABLE OF CONTENTS

Witnesses for the People:                                        Page number

    None


Witnesses for the Defendant:

    None


EXHIBITS:                                                        ADMITTED

    None

```
 1                    Detroit, Michigan
 2                    (Monday, December 7, 2015 at 11:15 a.m.)
 3                    THE CLERK:  Calling cases numbers 15-1230 and 15-
 4      1533, People versus Donnie Thomas-Dawson.
 5                    THE COURT:  Appearances.
 6                    MS. MATHEWS:  Good morning, your Honor; Meghan
 7      Mathews for the People.
 8                    MR. POLK:  Your Honor, may it please this
 9      honorable Court; Larry Polk on behalf of Mr. Dawson who
10      stands to my immediate left.
11                    I'm standing in for the attorney of record,
12      Lillian Diallo, who is currently in a jury trial in front
13      of Judge Cameron.  With the permission of Mr. Dawson that I
14      stand in for your attorney?  Mr. Dawson?  With your
15      permission I stand in for your attorney today?
16                    THE DEFENDANT:  (No response)
17                    THE COURT:  Mr. Dawson, would you prefer for Ms.
18      Diallo to be here?
19                    THE DEFENDANT:  Yes, I would.
20                    THE COURT:  Okay.  We'll wait until she takes a
21      break from her jury trial.
22                    MR. POLK:  Not a problem, Judge.
23                    THE COURT:  Thank you, Mr. Polk.
24                    MR. POLK:  Very good.
25                    THE DEFENDANT:  Thank you, your Honor.
```

- 3 -

```
 1                  (Recess at 11:16 a.m.)
 2                  (Recalled at 12:53 p.m.)
 3              THE CLERK:  Back on the record with Thomas-
 4    Dawson.
 5              THE COURT:  Appearances.
 6              MS. MATHEWS:  Meghan Mathews for the People.
 7              MS. DIALLO:  Lillian Diallo on behalf of Donnie
 8    Thomas-Dawson who is present to my left.
 9              THE COURT:  All right.  Good afternoon everyone.
10    Good afternoon Mr. Thomas-Dawson.
11              THE DEFENDANT:  Good afternoon, your Honor.
12              MS. DIALLO:  Your Honor, unfortunately I am still
13    in a homicide trial that started last Monday in front of
14    Judge Cameron.  It is a two Defendant, two jury case.  I
15    believe the trial really should have been over last week
16    but we're nowhere near completion at this particular time.
17              I understand my client is very—he's unhappy right
18    now because he wants his trial to go today.  I wanted it to
19    go today too but I'm in trial so there's nothing I can do.
20    So unfortunately Judge, I'm going to have to ask for
21    another date for his trial.
22              THE COURT:  Anything on behalf of the People?
23              MS. MATHEWS:  Your Honor, I certainly feel for
24    Ms. Diallo.  We've agreed upon another date.  I've let all
25    of my witnesses, all of whom were present this morning.
```

```
 1    They all checked in.  Mr. Johnson, the witness that was at
 2    the gas station and Ms. Glasper and I've alerted them of
 3    the next trial date.
 4              THE COURT:  Mr. Thomas-Dawson, it was brought to
 5    the Court's attention on Friday that Ms. Diallo was going
 6    to be unavailable to do this jury trial that was scheduled
 7    this morning in this courtroom.  So the Court found good
 8    cause to adjourn the trial.
 9              It's my policy that when Defendants are in
10    custody at the Wayne County Jail that they come over and
11    appear before the Court so that you're informed as to
12    what's going on in your case because I feel you're entitled
13    to know that.
14              The parties have agreed on a new date of February
15    16th, 2016.  It's my understanding the witnesses are
16    subpoenaed to appear on that date and that Ms. Diallo's
17    calendar is clear for February 16th.
18              MS. MATHEWS:  Thank you.
19              MS. DIALLO:  Yes, it is.  Thank you.
20              (Proceeding concluded at 12:56 p.m.)
21
22
23
24
25
```

```
STATE OF MICHIGAN    )
                     )
COUNTY OF WAYNE      )
```

    I certify that this transcript, consisting of 6 pages, is a full, true and complete transcript of the proceedings and testimony taken in this case on Monday, December 7, 2015.

_____     _____
Date                                      Signature

Gary Coury, CSMR/CER 3827
Official Court Reporter

```
STATE OF MICHIGAN    )
                     )
COUNTY OF WAYNE      )
```

I certify that this transcript, consisting of 6 pages, is a full, true and complete transcript of the proceedings and testimony taken in this case on Monday, December 7, 2015.

| | |
|---|---|
| July 20, 2016 | /s/ Gary Coury |
| Date | Signature |

Gary Coury, CSMR/CER 3827
Official Court Reporter

- 6 -